UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| United States of America | : | Hon. Lois H. Goodman U.S.M.J. |
|  | : | Crim. No. 20-5037 (LHG) |
| v. | : |  |
|  | : | CONSENT ORDER FOR |
| Hal Wander | : | MODIFICATION OF |
|  | : | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Hal Wander, (by Benjamin West, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Elisa Wiygul, Assistant United States Attorney) consenting, for an Order granting Mr. Wander's release on conditions; and

WHEREAS, an order of detention was imposed on November 19, 2020 by the Hon. Lois H. Goodman, United States Magistrate Judge; and

WHEREAS the parties have agreed that conditions of release can be found to reasonably assure Mr. Wander's return to court;

IT IS THE FINDING OF THIS COURT

On this 23rd day of December, 2020, that the bail conditions shall be set as follows:

1. Mr. Wander shall attend and complete a long-term residential substance abuse program approved by U.S. Pretrial Services;

2. Mr. Wander shall remain detained pending placement in such treatment program;

3. Mr. Wander shall be transported directly from his place of incarceration to the treatment program by an employee of the Office of the Federal Public Defender for the District of New Jersey;

4. While completing the residential treatment program, the defendant shall not depart the premises of the program without prior express permission from Pretrial Services, except in the case of an emergency, in which case the defendant shall notify Pretrial Services as soon as possible.

5. A bail review hearing shall be held prior to the defendant's discharge from the residential treatment program to address whether release shall be continued, and, if so, to consider additional conditions of release;

6. Mr. Wander must report to U.S. Pretrial Services as directed;

_____
Lois H. Goodman
United States Magistrate Judge